**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kenneth Dean Haley, | ) No. CV-02-1087-PHX-DGC (CRP) |
| Petitioner, | ) **ORDER** |
| v. | ) |
| Terry L. Stewart; and the Arizona Attorney General, | ) |
| Respondents. | ) |

Pending before the Court is Petitioner's motion for a 45-day extension to file objections to the Magistrate Judge's Report and Recommendation ("R&R").  Doc. #42. Petitioner moves for the extension on the grounds that he is an indigent prisoner proceeding *pro se* and the R&R is more than twenty pages long with numerous citations to various legal authorities. *Id.* at 2.  The Court finds that Petitioner has shown good cause for the requested extension.  Petitioner is advised, however, that the Court is not inclined to grant a further extension.

**IT IS ORDERED:**

1.     Petitioner's motion to extend time to file objections to the R&R (Doc. #42) is **granted**.

2.      Petitioner shall file any objections to the R&R by **April 28, 2006**.

3.      Respondents may file responses to Petitioner's objections by **May 12, 2006**.

DATED this 24th day of March, 2006.

David G. Campbell
United States District Judge